**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: ZELIC, MIROSLAV | § Case No. 11-81970 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 01:00pm on 11/16/2011 in Courtroom 115, United States Courthouse, 211 South Court
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated : 09/30/2011       By:  /s/JOSEPH D. OLSEN
                                              Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: ZELIC, MIROSLAV | § | Case No. 11-81970 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 6,000.11 |
| *and approved disbursements of* | $ 29.11 |
| *leaving a balance on hand of* [1] | $ 5,971.00 |
| **Balance on hand:** | $ 5,971.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 5,971.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 1,350.01 | 0.00 | 1,350.01 |
| Trustee, Expenses - JOSEPH D. OLSEN | 39.14 | 0.00 | 39.14 |
| Attorney for Trustee, Fees - YALDEN, OLSEN & WILLETTE | 537.50 | 0.00 | 537.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,926.65 |
| Remaining balance: | $ 4,044.35 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 4,044.35

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 4,044.35

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 45,763.76 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PYOD LLC its successors and assigns as assignee of | 3,500.74 | 0.00 | 309.38 |
| 2 | US BANK N.A. | 13,001.99 | 0.00 | 1,149.04 |
| 3 | Us Departnment of Education | 29,261.03 | 0.00 | 2,585.93 |

Total to be paid for timely general unsecured claims: $ 4,044.35
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                           United States Bankruptcy Court
                            Northern District of Illinois
In re:                                                               Case No. 11-81970-MB
Miroslav Zelic                                                       Chapter 7
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0752-3          User: kkrystave               Page 1 of 1                  Date Rcvd: Oct 11, 2011
                              Form ID: pdf006               Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2011.
db         +Miroslav Zelic,    7053 Golden Eagle Dr.,    Loves Park, IL 61111-5386
17202300   +Alpine Bank,    P.O. Box 6086,    Rockford, IL 61125-1086
17202302   +BMW Financial Services,    5550 Britton Pkwy,    Hilliard, OH 43026-7456
17202301   +Beneficial Capital Leasing,    P.O. Box 2597,    Columbia, SC 29202-2597
17202305   +Citi Cards CBSO, NA,    701 E. 60th N.,    Sioux Falls, SD 57104-0432
17202306   +Direct Loan Svc System,    P.O. Box 5609,    Greenville, TX 75403-5609
17202307   +M&R Partnership,    110 Pelican Bay,    Roselle, IL 60172-4727
17202308   +Michael and Corrine Medved,    5839 Covey Court,    Bradenton, FL 34203-7157
17202310   +Ratko Kecojevic,    7284 Chandan Blvd.,    Machesney Park, IL 61115-7660
17202312   +Stephanie Zelic,    5045 Home Stretch Drive,    Loves Park, IL 61111-5391
17729449  ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US BANK N.A.,     BANKRUPTCY DEPARTMENT,    POB 5229,
             CINCINNATI, OH 45201-5229)
17202314  ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank,     425 Walnut St.,    Cincinnati, OH 45202)
17202304  ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: Cardmember Services,     P.O. Box 108,    Saint Louis, MO 63166)
17202315   +US Bank Home Mortgage,    4801 Frederica St.,    Owensboro, KY 42301-7441
17733890   +Us Departnment of Education,    Direct Loan Servicing Center,     Po Box 5609,
             Greenville, TX 75403-5609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17702207   +E-mail/Text: resurgentbknotifications@resurgent.com Oct 12 2011 03:25:22
             PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
             c/o Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
17202311    E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Oct 12 2011 04:57:11      Regional Acceptance,
             110 W. Randill M #100,    Arlington, TX 76011
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17202303      Business leases
17202309*    +Michael and Corrine Medved,    5839 Covey Court,   Bradenton, FL 34203-7157
17202313*    +Stephanie Zelic,    5045 Home Stretch Drive,   Loves Park, IL 61111-5391
                                                                                  TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 13, 2011**                            **Signature:** *Joseph Speetjens*